# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

ERIC DRAPER,

**JUDGMENT IN A CIVIL CASE**

           Petitioner,

**Case No.:3:08-cv-00020-bbc**

   v.

JOHN WAGNER,

           Respondent.

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    **This case is dismissed against respondent.**

**THERESA M. OWENS**
_____

**Theresa M. Owens, Clerk**


_____     _____

           **by Deputy Clerk**                                **Date**