# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ERIC DRAPER,

        Petitioner,

   v.

JOHN WAGNER,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:3:08-cv-00020-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

_____     _____
**by Deputy Clerk**     **Date**